JULIAN HAMMOND (CA State Bar No. 268489)
HAMMONDLAW, PC
1180 S. Beverly Drive, Suite 610
Los Angeles, California 90035
Telephone:   (310) 601-6766
Facsimile:   (310) 295-2385
Email:       Hammond.julian@gmail.com

ARI CHERNIAK (CA State Bar No. 290071)
HAMMONDLAW, PC
1829 Reisterstown Road, Suite 410
Baltimore, Maryland 21208
Telephone:   (443) 739-5758
Facsimile:   (310) 295-2385
Email:       ari.cherniak@gmail.com

Attorneys for Plaintiff MELISSA BLEAK

JOSEPH E. ADDIEGO III (CA State Bar No. 169522)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599
Email:       joeaddiego@dwt.com

STEPHEN M. RUMMAGE (Admitted *Pro hac*)
CANDICE M. TEWELL (Admitted *Pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone:   (206) 622-3150
Fax:         (206) 757-7700
Email:       steverummage@dwt.com
             candicetewell@dwt.com

Attorneys for Defendant
SPOTIFY USA INC.

IN THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| MELISSA BLEAK, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>SPOTIFY USA INC., a Delaware corporation,<br><br>        Defendant. | Case No. CV 13-5653 CRB<br><br>**STIPULATION EXTENDING THE DEADLINE FOR PLAINTIFF TO RESPOND TO SPOTIFY USA INC.'S MOTION TO COMPEL ARBITRATION AND FOR SPOTIFY TO REPLY TO PLAINTIFF'S RESPONSE AND CONTINUING THE MOTION HEARING AND CASE MANAGEMENT CONFERENCE SCHEDULED FOR MARCH 21, 2014;  ORDER** |

TO THE HONORABLE COURT AND ALL PARTIES BY AND THROUGH THEIR COUNSEL OF RECORD:

Plaintiff MELISSA BLEAK, individually and on behalf of all others similarly situated ("Plaintiff") and Defendant SPOTIFY USA INC. ("Defendant") (collectively "the Parties"), by and through their attorneys of record, stipulate as follows:

On January 27, 2014 Defendant filed a Motion to Compel Arbitration and Stay Action in the above-referenced case;

The current deadline for Plaintiff to respond to the Motion to Compel Arbitration is February 10, 2013;

The current deadline for Defendant to reply to Plaintiff's response is February 18, 2014;

The Hearing on the Motion to Compel Arbitration is currently scheduled for March 21, 2014 at 10:00 A.M. in Courtroom 6, 17th Floor of the above-referenced Court before the Hon. Charles R. Breyer;

A Case Management Conference is scheduled for March 21, 2014 at 8:30 a.m. in Courtroom 6, 17th Floor of the above-referenced Court before the Hon. Charles R. Breyer;

Plaintiff believes extending the deadlines for the responsive pleadings and continuing the Motion Hearing is required in order to properly prepare her response and effectively prepare for the Motion Hearing;

The Parties believe continuing the Case Management Conference to the same day as the Motion Hearing will consolidate multiple hearings on this matter to the same date, thereby creating additional efficiency;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

1. The deadline for Plaintiff to respond to Defendant's Motion to Compel Arbitration shall be extended to <u>March 10, 2014</u>;

2. The deadline for Defendant to reply to Plaintiff's response shall be extended to <u>April 7, 2014</u>;

3. The Motion Hearing currently scheduled for March 21, 2014 at 10:00 A.M. in

1  Courtroom 6, 17th Floor of the above-referenced Court before the Hon. Charles R. Breyer shall be
2  continued until April 25, 2014 at 10:00 A.M.; and
3         4.   The Case Management Conference currently scheduled for March 21, 2014 at 8:30
4  A.M. in Courtroom 6, 17th Floor of the above-referenced Court before the Hon. Charles R. Breyer
5  shall be continued until ~~April 25, 2014 at 10:00 A.M.~~;
6         5.   The parties shall meet and confer not less than thirty (30) days in advance of the
7  April 25, 2014, conference and shall file a joint case management statement in the form contained
8  in the Civil Local rules as supplemented by this Court's January 22, 2014, Order Setting Case
9  Management Conference not less than seven (7) days in advance of the conference.  The parties
10 shall serve their Rule 26(f) Initial Disclosures within fourteen (14) days of their meet and confer.
11         IT IS SO STIPULATED.

13   DATED:  January 31, 2014          DAVIS WRIGHT TREMAINE LLP

15                                       By:  /s/ Joseph E. Addegio /s/
                                              Joseph E. Addiego III

16                                       Attorneys for Defendant SPOTIFY USA INC.

19   DATED:  January 31, 2014          HAMMONDLAW, PC

21                                       By:  _____
                                              Julian Hammond

22                                       Attorneys for Plaintiff MELISSA BLEAK

24         IT IS SO ORDERED.
25   DATED: February 3, 2014            _____
26                                       HON. _____
                                         United _____

IT IS SO ORDERED
Judge Charles R. Breyer