JULIAN HAMMOND (CA State Bar No. 268489)
HAMMONDLAW, PC
1180 S. Beverly Drive, Suite 610
Los Angeles, California 90035
Telephone:    (310) 601-6766
Facsimile:    (310) 295-2385
Email:        Hammond.julian@gmail.com

ARI CHERNIAK (CA State Bar No. 290071)
HAMMONDLAW, PC
1829 Reisterstown Road, Suite 410
Baltimore, Maryland 21208
Telephone:    (443) 739-5758
Facsimile:    (310) 295-2385
Email:        ari.cherniak@gmail.com

Attorneys for Plaintiff MELISSA BLEAK

JOSEPH E. ADDIEGO III (CA State Bar No. 169522)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
Email:        joeaddiego@dwt.com

STEPHEN M. RUMMAGE (Admitted *Pro hac*)
CANDICE M. TEWELL (Admitted *Pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone:    (206) 622-3150
Fax:          (206) 757-7700
Email:        steverummage@dwt.com
              candicetewell@dwt.com

Attorneys for Defendant
SPOTIFY USA INC.

IN THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MELISSA BLEAK, individually and on behalf of all others similarly situated, )<br>)<br>)<br>Plaintiff, )<br>)<br>   v. )<br>)<br>SPOTIFY USA INC., a Delaware corporation, )<br>)<br>Defendant. )<br>)<br>) | Case No. CV 13-5653 CRB<br><br>**STIPULATION CONTINUING THE CASE MANAGEMENT CONFERENCE SCHEDULED FOR APRIL 25, 2014; ORDER** |

TO THE HONORABLE COURT AND ALL PARTIES BY AND THROUGH THEIR COUNSEL OF RECORD:

Plaintiff MELISSA BLEAK, individually and on behalf of all others similarly situated ("Plaintiff") and Defendant SPOTIFY USA INC. ("Defendant") (collectively "the Parties"), by and through their attorneys of record, stipulate as follows:

On January 27, 2014 Defendant filed a Motion to Compel Arbitration and Stay Action in the above-referenced case;

On March 10, 2014 Plaintiff filed its Motion in Opposition to Defendant's Motion to Compel Arbitration and Stay Action;

On April 7, 2014 Defendant filed its reply to Plaintiff's Motion in Opposition to Defendant's Motion to Compel Arbitration and Stay Action;

The Hearing on the Motion to Compel Arbitration is currently scheduled for April 25, 2014 at 10:00 A.M. in Courtroom 6, 17th Floor of the above-referenced Court before the Hon. Charles R. Breyer;

A Case Management Conference is scheduled for the same day and time in Courtroom 6, 17th Floor of the above-referenced Court before the Hon. Charles R. Breyer;

The Parties believe continuing the Case Management Conference to a date after the Motion Hearing will create additional efficiency, due to the possibility of the Case Management Conference being rendered moot in the event Defendant's Motion to Compel Arbitration and Stay Action is granted;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

1. The Case Management Conference currently scheduled for April 25, 2014 at 10:00 A.M. in Courtroom 6, 17th Floor of the above-referenced Court before the Hon. Charles R. Breyer shall be continued until <u>May 23, 2014 at 8:30 A.M.</u>; and

2. The parties shall meet and confer not less than thirty (30) days in advance of the May 23, 2014 conference and shall file a joint case management statement in the form contained in the Civil Local rules as supplemented by this Court's January 22, 2014, Order Setting Case

1  Management Conference not less than seven (7) days in advance of the conference.  The parties
2  shall serve their Rule 26(f) Initial Disclosures within fourteen (14) days of their meet and confer.
3         IT IS SO STIPULATED.
4
5         DATED:  April 8, 2014        DAVIS WRIGHT TREMAINE LLP
6
7                         By:   /s/ Joseph E. Addiego /s/
                                  Joseph E. Addiego III
8
                        Attorneys for Defendant SPOTIFY USA INC.
9
10
11        DATED:  April 8, 2014        HAMMONDLAW, PC
12
                        By:          /s/ Julian Hammond /s/
13                                 Julian Hammond
14                      Attorneys for Plaintiff MELISSA BLEAK
15
16
17        IT IS SO ORDERED.
18  DATED: April 15, 2014
19                          _____
                             IT IS SO ORDERED
                             Judge Charles R. Breyer

3
STIPULATION CONTINUING THE CASE MANAGEMENT CONFERENCE SCHEDULED FOR APRIL 25, 2014- Case No. CV 13-5653 CRB