1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MELISSA BLEAK,

        Plaintiff,

  v.

SPOTIFY USA INC.,

        Defendant.
_____ /

No. C 13-05653 CRB

**ORDER COMPELLING
ARBITRATION AND STAYING CASE**

     For the reasons stated in open court, the Court GRANTS Defendant Spotify USA

Inc.'s Motion to Compel Arbitration (dkt. 18), COMPELS arbitration, and STAYS the case.

     **IT IS SO ORDERED.**

Dated: April 25, 2014

                    _____
                    CHARLES  R. BREYER
                    UNITED STATES DISTRICT JUDGE