**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **April 25, 2014**                                   Time:  11 minutes

**C-13-05653 CRB**

    **MELISSA BLEAK  v.  SPOTIFY USA INC**

Attorneys:    Julian Hammond                        Stephen Rummage

                                                                                                  Joseph Addiego, III

Deputy Clerk: **BARBARA ESPINOZA**           Reporter: **Katherine Sullivan**

**PROCEEDINGS:**                                                                 **RULING:**

1.  Motion to Compel Arbitration

2.  _____

3.  _____

**ORDERED AFTER HEARING:**

  Motion to Compel Arbitration is granted and case is stayed

( ) ORDER TO BE PREPARED BY:   Plntf _____   Deft _____   Court _____

( ) Referred to Magistrate Judge for: _____

( ) CASE CONTINUED TO _____           for _____

Discovery Cut-Off _____   Expert Discovery Cut-Off _____
Plntf to Name Experts by _____   Deft to Name Experts by _____
P/T Conference Date _____   Trial Date _____   Set for _____ days
                                 Type of Trial:  ( )Jury    ( )Court

Notes: _____