1  JULIAN HAMMOND (CA State Bar No. 268489)
   HAMMONDLAW, PC
2  1180 S. Beverly Drive, Suite 610
   Los Angeles, California 90035
3  Telephone:     (310) 601-6766
   Facsimile:     (310) 295-2385
4  Email:         jhammond@hammondlawpc.com

5  ARI CHERNIAK (CA State Bar No. 290071)
   HAMMONDLAW, PC
6  1829 Reisterstown Road, Suite 410
   Baltimore, Maryland 21208
7  Telephone:     (443) 739-5758
   Facsimile:     (310) 295-2385
8  Email:         acherniak@hammondlawpc.com

9  Attorneys for Plaintiff MELISSA BLEAK

10 JOSEPH E. ADDIEGO III (CA State Bar No. 169522)
   DAVIS WRIGHT TREMAINE LLP
11 505 Montgomery Street, Suite 800
   San Francisco, California  94111
12 Telephone:     (415) 276-6500
   Facsimile:     (415) 276-6599
13 Email:         joeaddiego@dwt.com

14 STEPHEN M. RUMMAGE (Admitted *Pro hac*)
   CANDICE M. TEWELL (Admitted *Pro hac vice*)
15 DAVIS WRIGHT TREMAINE LLP
   1201 Third Avenue, Suite 2200
16 Seattle, Washington 98101-3045
   Telephone:     (206) 622-3150
17 Fax:           (206) 757-7700
   Email:         steverummage@dwt.com
18                candicetewell@dwt.com

19 Attorneys for Defendant
   SPOTIFY USA INC.
20

IN THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MELISSA BLEAK, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SPOTIFY USA INC., a Delaware corporation,<br><br>    Defendant. | Case No. CV 13-5653 CRB<br><br>**STIPULATION OF DISMISSAL OF PLAINTIFFS' CLAIMS WITH PREJUDICE** |

1

1     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their respective counsel, hereby stipulate to the dismissal of all claims of Plaintiff Melissa Bleak with prejudice and without fees or costs to any party.

    IT IS SO STIPULATED.

DATED: July 16, 2014        HAMMONDLAW, PC

By:    */s/ Julian Hammond*
        Julian Hammond

Attorneys for Plaintiff MELISSA BLEAK

DATED: July 16, 2014        DAVIS WRIGHT TREMAINE LLP

By:    */s/ Joseph E. Addiego III*
        Joseph E. Addiego III

Attorneys for Defendant SPOTIFY USA INC.